USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                          :
                                                   :
              -against-                            :          ORDER
                                                   :
JESSIE DIAZGRANADOS,                               :          15 Crim. 665-1 (GBD)
                                                   :
                          Defendant.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

     Defendant requests an order permitting Defendant to undergo laparoscopic sleeve gastrectomy surgery on March 28, 2022. (ECF No. 86.) Defendant also requests that his ankle monitor be removed prior to surgery and refitted within two weeks after the surgery. The Government does not object to this request, nor does the U.S. Probation Office. Defendant's request is GRANTED.

Dated:  New York, New York
       March 25, 2022

                               SO ORDERED.

                               _George B. Daniels_

                               GEORGE B. DANIELS
                               United States District Judge