UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JESSIE DIAZGRANADOS,

                  Defendant.

------------------------------------x

SCHEDULING ORDER

15 Crim. 665-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

    At the request of the parties, the April 20, 2022 status conference is canceled. A change of plea hearing is scheduled for May 17, 2022 at 10:00 a.m.

Dated: April 18, 2022
       New York, New York

                              SO ORDERED.

                              *George B. Daniels*
                              GEORGE B. DANIELS
                              UNITED STATES DISTRICT JUDGE