UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JESSIE DIAZGRANADOS,

               Defendant.

------------------------------------x

SCHEDULING ORDER

15 Crim. 665-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

    At Defendant's request, the sentencing scheduled for July 19, 2022 is adjourned to August 10, 2022 at 10:30 a.m.

Dated: June 21, 2022
       New York, New York

                        SO ORDERED.

                        *George B. Daniels*
                        GEORGE B. DANIELS
                        UNITED STATES DISTRICT JUDGE