UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

-against-

JESSIE DIAZGRANADOS,

Defendant.

------------------------------------x

ORDER

15 Crim. 665-1 (GBD)

GEORGE B. DANIELS, District Judge:

The Bureau of Prisons is hereby ordered to provide Defendant Jessie Diazgranados with immediate and appropriate medical attention, as set forth in the attached medical note.

Dated: August 10, 2022
      New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE